IN THE UNITED STATES BANRKUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL KENT MOLEN, | ) | CASE NO. 03-67853 |
|     Debtor | ) | CHAPTER 7 |
| | | |
| PETER J. CAMPBELL, | ) | ADVERSARY |
|     Plaintiff | ) | |
| | ) | PROCEEDING |
| vs. | ) | |
| | ) | NO. 03-6478 |
| MICHAEL KENT MOLEN, | ) | |
|     Defendant | ) | |

ANSWER TO ADVERSARY PROCEEDING

Comes now the above-named Debtor/Defendant and answers Plaintiff's Complaint as follows:

1.

Debtor/Defendant admits the allegations in paragraphs 1, 2 and 3.

2.

For want of sufficient information, Debtor/Defendant can neither admit nor deny the allegations in paragraph 4 of Plaintiff's Complaint.

3.

Debtor/Defendant denies the allegations in paragraphs 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23 and 24 of Plaintiff's Complaint.

4.

Debtor/Defendant denies the allegations in Count One, Count Two, Count Three, Count Four and Count Five of Plaintiff's Complaint.

5.

Debtor/Defendant denies any allegations in any other paragraphs that are not denied or admitted above.

/s/_____

WYNN PELHAM
Attorney for Debtor/Defendant
GA Bar No. 570700

Five Hurricane Shoals Road
Suite A
Lawrenceville, GA 30045
(770) 963-3328

CERTIFICATE OF SERVICE

The undersigned Wynn Pelham, of Five Hurricane Shoals Road, Suite A, Lawrenceville, Georgia 30045, hereby certifies:

That I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the below date, I served a copy of the within Answer in this bankruptcy to the Trustee and any interested parties at the following by U. S. Mail:

Mitchell S. Rosen
Foltz Martin, LLC
3525 Piedmont Road, NE
Five Piedmont Center, Suite 750
Atlanta, GA 30305-1541

Neil C. Gordon
Chapter 7 Trustee
2800 One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309-3450

Office of the U S Trustee
75 Spring Street
Suite 362
Atlanta, GA 30303

This 24th day of September, 2003.

/s/_____

WYNN PELHAM
GA Bar No. 570700
Attorney for Debtor/Defendant

Five Hurricane Shoals Road
Suite A
Lawrenceville, GA 30045
(770) 963-3328

Case 03-06478-mhm    Doc 6    Filed 09/29/03    Entered 09/29/03 15:12:56    Desc Main
Document    Page 4 of 4