ENTERED ON
FEB 27 2004
DOCKET

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| MICHAEL KENT MOLEN | CASE NO. 03-67853-MHM |
| Debtor | |
| ESTATE OF WILLIAM J. WAGER | |
| Plaintiff | |
| v. | ADVERSARY PROCEEDING NO. 03-9278 |
| MICHAEL KENT MOLEN | |
| Defendant | |
| PETER J. CAMPBELL | |
| Plaintiff | |
| v. | ADVERSARY PROCEEDING NO. 03-6478 |
| MICHAEL KENT MOLEN | |
| Defendant | |

**ORDER GRANTING MOTION TO WITHDRAW**

On January 28, 2004, Debtor's attorney, Wynn Pelham, filed a motion to withdraw as counsel for Debtor in the main bankruptcy case and in two adversary proceedings, Adversary Proc. No. 03-9278 and Adversary Proc. No. 03-6478. The motion shows that, under the circumstances, adequate notice has been given. Accordingly, it is hereby

ORDERED that Wynn Pelham's motion to withdraw as Debtor's counsel in the main case and in Adversary Proc. No. 03-9278 and Adversary Proc. No. 03-6478 is granted.

**The Clerk, U.S. Bankruptcy Court, is directed to serve** a copy of this order upon Debtor, Debtor's attorney, the Chapter 7 Trustee, attorneys for Plaintiff in Adversary Proc. No. 03-9278 and Adversary Proc. No. 03-6478, and the U.S. Trustee.

IT IS SO ORDERED, this the 26th day of February, 2004

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE