ENTERED ON
MAY 10 2004
DOCKET

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MICHAEL KENT MOLEN | ) | CASE NO. 03-67853-MHM |
| | ) | |
| Debtor | ) | |

---

| | | |
|---|---|---|
| | ) | |
| PETER J. CAMPBELL | ) | |
| | ) | **ADVERSARY PROCEEDING** |
| Plaintiff | ) | **NO. 03-6478** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL K. MOLEN | ) | |
| | ) | **DISMISSAL ORDER** |
| Defendant | ) | |

On March 30, 2004, an order was entered in Adversary Proceeding No. 03-9278 denying Debtor's discharge. As this adversary proceeding is a proceeding objecting to Debtor's discharge and seeking a determination of nondischargeability of Plaintiff's claim, denial of Debtor's discharge renders this adversary proceeding moot. Accordingly, it is hereby

ORDERED that this adversary proceeding is dismissed as moot.

IT IS SO ORDERED, this the 7th day of May, 2004.

MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE