# FOLTZ MARTIN LLC

ATTORNEYS AT LAW

5 PIEDMONT CENTER SUITE 750 ATLANTA GA 30305-1541
TELEPHONE 404-231-9397 / FACSIMILE 404-237-1659

August 16, 2004

**Via First Class Mail**

Ms. Sandy Wiley
Courtroom Deputy to
  The Honorable Margaret H. Murphy
1340 United States Courthouse
75 Spring Street SW
Chambers 1290
Atlanta, Georgia 30303

> Filed in U.S. Bankruptcy Court
> Atlanta, Georgia
> AUG 17 2004
> W. Yvonne Evans, Clerk
> By: _____
> Deputy Clerk
>
> PLEASE ENTER ON DOCKET

In re: <u>Michael K. Molen</u>; In the United States Bankruptcy Court, Northern District of Georgia; Case No. 03-67853

Re: <u>Peter J. Campbell v. Michael K. Molen</u>; In the United States Bankruptcy Court, Northern District of Georgia; Adversary Proceeding No. 03-6478

Dear Ms. Wiley:

This letter is to notify you that I will be on a leave of absence from September 17, 2004, to September 27, 2004, October 8, 2004, to October 11, 2004, October 29, 2004, to November 5, 2004, and December 24, 2004, to January 3, 2005. This is to request that a hearing in the above-referenced cases not be calendared during this referenced period. I am not aware of any scheduled hearing during the above-referenced period of time.

Kind regards.

Sincerely,

FOLTZ MARTIN, LLC

*[signature]*

Mitchell S. Rosen

MSR/llm

cc: Opposing Counsel (via first class mail)

335052.1